Hillsborough, }
Dec. 5, 1916. }

THE CREDITORS NATIONAL CLEARING HOUSE *v.* LAMOUREUX BROS.

ASSUMPSIT, on a special contract. Trial by the court and verdict for the defendants. The defendants contended that they were induced to sign the contract sued on by the plaintiffs' false representation and were permitted to show, subject to exception, that the plaintiffs made the same representations to others and made them for the same purpose. Transferred from the Manchester municipal court by *Perkins*, J.

*James A. Broderick*, for the plaintiffs.

*William W. Forbes*, for the defendants.

YOUNG, J. The fact, if it were the fact, that the plaintiffs made the same false representations they made to the defendants to others and made them for the same purpose would have a tendency to prove that they made them to defraud. *Hovey* v. *Grant*, 52 N. H. 569.

                                                  *Exception overruled.*

All concurred.